302 of the Rules of Civil Practice. The motion does not lie. The remedy, if any, was a motion to open the default. (See *Klein* v. *Vernon Lbr. Corp.,* 269 App. Div. 71.) All concur. (Appeal from order granting plaintiff's motion to restore cause to foot of the Held Calendar.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

---

JOHN J. SCOTT, Respondent, v. DETROIT & CLEVELAND NAVIGATION COMPANY, Appellant.—

Memorandum: The complaint fails to state facts sufficient to constitute a cause of action. (See *Beatty* v. *McCutcheon,* 200 App. Div. 869.) A bill of particulars is no part of the pleadings and cannot enlarge a cause of action or perfect an imperfect pleading. (*Dodge* v. *Weill,* 158 N. Y. 346.) All concur. (Appeal from order denying defendant's motion to dismiss plaintiff's first cause of action, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

---

SAMUEL E. FARRER et al., Respondents, v. JOSEPH PIECUCH et al., Appellants.

Memorandum: In view of the extraordinary circumstances set forth in appellants' moving papers, we have again given careful consideration to the original record. We call attention to our decision, wherein we held that, while the respondents could maintain the action in trespass for damages, we could not and did not pass upon or determine the rights of any of the parties in and to the disputed or "filled-in" area. Such rights may properly be determined in an action brought for that purpose. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 278 App. Div. 1011.]

---

HARRY S. TRIPP, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29985.) — Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 626.]

---

HARRY S. TRIPP, as Guardian ad Litem of JEAN TRIPP, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29986.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 626.]

---

OSCAR J. BROWN, Respondent, v. NEW YORK STATE TAX COMMISSION, Appellant.— Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 837.]

---

In the Matter of BAPPS CORPORATION, Respondent, against BOARD OF ASSESSORS OF THE CITY OF BUFFALO, Appellant.— Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 263.]